AO 102 (01/09)  Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Missouri

In the Matter of the Tracking of                           )
*(Identify the person to be tracked or describe*            )
*the object or property to be used for tracking)*           )
                                                           )   Case No.   4:25 MJ 1139 JMB
LICENSE PLATE NUMBER: ███                                   )
VIN: ████████                                               )

## APPLICATION FOR A TRACKING WARRANT

I,      Kevin May      , a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of    21   U.S.C. §    841(a)    . Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location.  The application is based on the facts set forth on the attached sheet.

☑ The person, property, or object is located in this district.

☐ The activity in this district relates to domestic or international terrorism.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.

☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
████████, LICENSE PLATE NUMBER: ██████, VIN: ████████████ /
████████████

☑ Delayed notice of ____ days (give exact ending date if more than 30 days:    11/07/2025    ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

I state under penalty of perjury the forgoing is true and correct.

_____
*Applicant's signature*

Postal Inspector Kevin May, USPIS
_____
*Applicant's printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:    05/07/2025

_____
*Judge's signature*

City and state:   St. Louis, Missouri

Honorable John M. Bodenhausen, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA CASEY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

IN THE MATTER OF THE TRACKING OF      )
██████████████████████      )    No. 4: 25 MJ 1139 JMB
**LICENSE PLATE NUMBER:** ████      )
**VIN:** ████████████      )
      )    FILED UNDER SEAL
      )

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, Kevin May, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C.  3117 to authorize the installation and monitoring of a tracking device on a ████████████████ **bearing a** ████ **registration** ████ **VIN:** ████████████ (hereafter "**Target Vehicle**"). Based on the facts set forth in this affidavit, I believe that the **Target Vehicle** is presently being used in furtherance of violations of Title 21, United States Code, Sections 841(a)(l) and 846 (the "Target Offenses") and that there is probable cause to believe that the installation of a tracking device on the **Target Vehicle** and use of the tracking device will lead to evidence, fruits, and instrumentalities of the aforementioned crimes as well as to the identification of individuals who are engaged in the commission of those and related crimes.

2.      I am a Postal Inspector with the United States Postal Inspection Service (USPIS). I have been employed by the USPIS since July 2023.  I have been assigned to the Saint Louis, Missouri Contraband Interdiction & Investigations (CI2) Team since November 2023.  I have received training by the USPIS in the investigation of controlled substances or proceeds/payments

being transported through the United States Mail.  The Saint Louis Field Office's CI2 team has intercepted numerous parcels which were found to contain narcotics or proceeds of narcotics trafficking and other criminal activity.  Prior to my employment with the USPIS, I was employed by the Missouri Army National Guard Counterdrug Program as an Intelligence Analyst for approximately five (5) years.  While employed with the Counterdrug Program, I was assigned to the USPIS CI2 Team as an Intelligence Analyst and a member of the International Association of Law Enforcement Intelligence Analyst (IALEIA).

3.    I am a employed by the Chicago Division of the USPIS, specifically the St. Louis Domicile.  I am a sworn federal law enforcement officer empowered to investigate criminal activity involving or relating to the United States Postal Service (USPS) and/or United States Mail.  As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

4.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.    Based on the facts set forth in this affidavit, I believe there is probable cause to believe that the Target Offenses have been committed, and are continuing to be committed, by ███████████ and others utilizing the **Target Vehicle**.

<u>**INVESTIGATION AND PROBABLE CAUSE**</u>

6.    Since April 2025, I, along with investigators with St. Louis USPIS and the Drug Enforcement Administration (DEA), have been investigating the criminal activities of a large-scale

drug trafficking organization (DTO) operating in California, Missouri, and other locations across the country.  This investigation has identified ▮▮▮▮▮▮ as a member of this DTO.

7.     On Thursday, April 3, 2025, I became aware through United States Postal Service (USPS) business records of USPS Priority Mail parcel ▮▮▮▮▮▮▮▮▮▮▮▮▮ (hereinafter referred to as "Subject Parcel ▮▮") addressed from "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" to "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" (hereinafter referred to as "▮▮▮▮ Address").  Subject Parcel ▮▮ was packaged in the same style cardboard box, was identically labeled, and was mailed during the same transaction as USPS Priority Mail parcel ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (hereinafter referred to as "Subject Parcel ▮▮") addressed to the ▮▮▮ Address.  I obtained a federal search and seizure warrant (▮▮▮▮▮▮▮▮) for Subject Parcel ▮▮ which revealed approximately 2,030 grams of suspected fentanyl collectively concealed inside two sealed, metal paint cans.

8.     On April 10, 2025, Subject Parcel ▮▮ arrived at the Hazelwood, MO Network Distribution Center (NDC).  I seized the parcel and, on April 11, 2025, conducted a controlled delivery of the package to the ▮▮▮▮ address.  At approximately 9:50 a.m., investigators observed a male which matched the physical characteristics of ▮▮▮▮▮▮ (hereinafter referred to as "▮▮ ▮▮▮▮") when compared to the photograph on his current Missouri Driver's License, exit the ▮▮▮▮ Address and enter the driver seat of a ▮▮▮▮▮.  At approximately 9:51 a.m., acting in an undercover capacity as a USPS letter carrier driving a fully marked USPS vehicle, Postal Inspector Kelly Barton entered the apartment complex where the ▮▮▮ Address is located. Postal Inspector Barton passed the turn to the ▮▮▮ Address as ▮▮▮▮▮ was pulling away from the ▮▮▮ Address in the ▮▮▮▮▮.  Investigators observed ▮▮▮▮▮ park the ▮▮ ▮▮ in a parking lot adjacent to the ▮▮▮ Address in a position that would allow him to see

the front door of the ▮▮▮▮ Address.  Postal Inspector Barton turned around and then parked the USPS vehicle near the ▮▮▮▮ Address.  Postal Inspector Barton exited the USPS vehicle with Subject Parcel ▮ and delivered the parcel at approximately 9:55 a.m. by placing the parcel on the small concrete patio outside the front door to the ▮▮▮▮ Address.  Postal Inspector Barton utilized an investigative technique at this time to indicate Subject Parcel ▮ was delivered.  Postal Inspector Barton departed the area of the ▮▮▮▮ Address at approximately 9:57 a.m..

9.     At approximately 9:58 a.m., ▮▮▮▮ returned to the ▮▮▮▮ Address in the ▮▮▮▮.  ▮▮▮▮ exited the ▮▮▮▮, walked past Subject Parcel ▮, and entered the ▮▮▮▮ Address.  ▮▮▮▮ exited the ▮▮▮▮ Address a short time later, entered the driver seat of the ▮▮▮▮ and departed the area in the vehicle.  Several investigators maintained surveillance of the ▮▮▮▮ Address while other investigators maintained surveillance of ▮ ▮▮▮▮ in the ▮▮▮▮ as he travelled to a BP Gas Station located at ▮▮▮▮ ▮▮▮▮.  ▮▮▮▮ went inside the BP Gas Station empty handed and exited shortly after carrying a white plastic bag.  Investigators observed ▮▮▮▮ depart the BP Gas Station in the driver seat of the ▮▮▮▮ and return to the ▮▮▮▮ Address.  ▮▮▮▮ parked the ▮▮▮▮ in front of the ▮▮▮▮ Address and exited the vehicle with the white plastic bag.  ▮▮▮▮ picked up Subject Parcel ▮ and entered the ▮▮▮▮ Address with the parcel and the white plastic bag at approximately 10:03 a.m..

10.     Investigators maintained surveillance of the ▮▮▮▮ Address and ▮▮▮▮ throughout the day and into the evening hours. Investigators observed ▮▮▮▮ and other female subjects come and go from the ▮▮▮▮ Address multiple times; however, Subject Parcel ▮ was not observed being taken out of the ▮▮▮▮ Address.

11.     At approximately 9:45 p.m., the **Target Vehicle** arrived at the ████ Address.  A law enforcement database revealed the **Target Vehicle** is currently registered to ████████ ██████████ ) at ████████████████████████████████ on a ████████████, VIN: ██████████████.  An unknown black male exited the driver seat of the ████████ and knocked on the front door of the ████ Address.  The driver of the ████████ matched the physical characteristics of ████████ when compared to the photograph on his current ████ Driver's License.

12.     At approximately 09:55 p.m., ████████ exited the front door of the ████ Address carrying in his arms what appeared to be two metal, cylindrical shaped items that resembled paint cans.  ████████ placed the items in the **Target Vehicle** and departed the area of the ████ Address.  Investigators maintained mobile surveillance of the **Target Vehicle**, during which time ████████ was observed conducting numerous lane changes while traveling at excessive speeds.  Due to the speed in which ████████ was driving the **Target Vehicle**, investigators briefly lost physical surveillance of the **Target Vehicle** as the vehicle conducted an abrupt Eastbound turn onto ████████████████████████████████████ Soon thereafter, investigators observed the **Target Vehicle** parked in the driveway of ████████ ████████████████ (hereinafter referred to as "████ Address").  The **Target Vehicle** appeared to be running at this time as the vehicle's headlight and rear lights were illuminated.  Investigators maintained surveillance of the **Target Vehicle** and the ████ Address, during which time ████████ was observed exiting the vehicle carrying the aforementioned can-shaped objects and walking towards the garage of the ████ Address.

13.     On Tuesday, April 15, 2025, investigators established surveillance around the ████ Address.  Investigators observed the **Target Vehicle** in the driveway.  At approximately

12:32 p.m. ▮▮▮▮▮▮▮ exited the ▮▮▮▮ Address with a bag that appeared to be weighed down and put the bag in the passenger seat of the **Target Vehicle**.  ▮▮▮▮▮▮▮ entered the **Target Vehicle** and began to leave the area.  Investigators attempted to conduct mobile surveillance on the **Target Vehicle**, however, ▮▮▮▮▮▮ drove at excessive speeds through a residential area.  Due to the manner in which ▮▮▮▮▮▮ operated the **Target Vehicle** investigators were not able to continue surveillance.  Based on my training and experience we believe ▮▮▮▮▮▮ was performing counter-surveillance to see if he was being followed.

14.    This information from the GPS vehicle tracker will enable investigators to determine when ▮▮▮▮▮▮ meets with individuals involved in the conspiracy.  Furthermore, if investigators are able to observe ▮▮▮▮▮▮ when he meets either suppliers or customers, surveillance may then identify locations used by ▮▮▮▮▮▮ to store narcotics and/or the proceeds.

15.    Based on your affiant's personal observations, I know that the **Target Vehicle** is presently located within the Eastern District of Missouri**.**

16.    To ensure the safety of the executing officer(s) and to avoid premature disclosure of the investigation, it is requested that the court authorize installation, maintenance, and removal of the tracking device during both daytime and nighttime hours. Specifically, your affiant seeks the Court's authorization to install, maintain, and/or remove the tracking device outside daytime hours because ▮▮▮▮▮▮ typically parks the **Target Vehicle** in front of the ▮▮▮▮ Address located in highly trafficked residential neighborhoods.  It is highly likely that a daytime installation of the tracker would draw unwanted attention to investigators and would also cause alarm to residents in the neighborhood who were unaware that law enforcement activity was taking place. The cover of darkness would be more conducive in allowing investigators to make a safe and

covert approach while applying the tracker to the **Target Vehicle,** thus helping to protect the safety of officers and to preserve the covertness of the investigation.

17.     In the event the Court grants this application, there will be periodic monitoring of the tracking device during both daytime and nighttime hours for a period not to exceed 45 days following installation of the tracking device on the **Target Vehicle**.  The tracking device may produce signals from inside private garages or other such locations not open to the public or visual surveillance.

### AUTHORIZATION REQUEST

18.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 3117, that authorizes members of the USPIS or their authorized representatives, including but not limited to other law enforcement agents and technicians assisting in the above-described investigation, to install a tracking device on the **Target Vehicle** within Eastern District of Missouri within 10 days of the issuance of the proposed warrant, to maintain, repair, and/or replace the tracking device as necessary, and to remove the tracking device from the **Target Vehicle** after the use of the tracking device has ended; and/or move the **Target Vehicle** to effect the installation, repair, replacement, and removal of the tracking device; and to monitor the tracking device for a period of 45 days following installation of the tracking device on the **Target Vehicle**, including when the tracking device is inside private garages and other locations not open to the public or visual surveillance, both within and outside the Eastern District of Missouri.

19.     In accordance with 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), I further request that the warrant delay notification of the execution of the warrant for 30 days after the end of the authorized period of tracking (including any extensions thereof) because

there is reasonable cause to believe that providing immediate notification may have an adverse result, as defined in 18 U.S.C. § 2705.  Providing immediate notice would seriously jeopardize the ongoing investigation by prematurely revealing its existence and giving suspects an opportunity to flee from prosecution, destroy or tamper with evidence, intimidate potential witnesses, notify confederates, and change patterns of behavior.

20.    I further request that the Court seal the warrant and the affidavit and application in support thereof, except that copies of the warrant in full or redacted form may be maintained by the United States Attorney's Office and may be served on Postal Inspectors and other investigative and law enforcement officers of the USPIS, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant.  These documents pertain to and discuss an ongoing criminal investigation that is neither public nor known to all the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation.  Sealing these documents will also better ensure the safety of agents and others.

I state under the penalty of perjury the forgoing is true and correct.

Kevin May
Postal Inspector
United States Postal Inspection Service

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41 on this ____7th____ day of May, 2025.

HONORABLE JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF MISSOURI

AO 104 (Rev. 07/16)  Tracking Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Missouri

In the Matter of the Tracking of
*(Identify the person, property, or object to be tracked )*

LICENSE PLATE NUMBER: ▮▮▮▮
VIN: ▮▮▮▮

)
)
)
)
)
)
)

Case No.   4:25 MJ 1139 JMB

SIGNED AND SUBMITTED TO THE COURT FOR
FILING BY RELIABLE ELECTRONIC MEANS

## TRACKING WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ☑ is located in this district; ☐ is not now located in this district, but will be at execution; ☐ the activity in this district relates to domestic or international terrorism; ☐ other:
                                                                                                                                          .

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that
*(check the appropriate box)* ☐ using the object      ☑ installing and using a tracking device
to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☑ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device: ▮▮▮▮ , LICENSE PLATE NUMBER: ▮▮▮▮ , VIN: ▮▮▮▮ /
▮▮▮▮

**YOU ARE COMMANDED** to execute this warrant and begin use of the object or complete any installation authorized by the warrant by ___May 16, 2025___ *(no later than 10 days from the date this warrant was issued)* and may continue to use the device until ___June 20, 2025___ *(no later than 45 days from the date this warrant was issued).*  The tracking may occur within this district or another district.  To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*
☑ into the vehicle described above      ☑ onto the private property described above
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)* ___Honorable John M. Bodenhausen___ and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☑ Pursuant to 18 U.S.C. § 3103a(b)(1), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and this warrant prohibits the seizure of any tangible property or any wire or electronic communications (as defined in 18 U.S.C § 2510).  I therefore authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☑ until, the facts justifying, the later specific date of ___11/07/2025___ .

Date and time issued:   7 May 2025   3:04 p.m.

*Judge's signature*

City and state:   St. Louis, Missouri

Honorable John M. Bodenhausen, United States Magistrate Judge

*Printed name and title*

AO 104 (Rev. 07/16)  Tracking Warrant (Page 2)

Case No.  4:25 MJ 1139 JMB

---

Return of Tracking Warrant With Installation

1.  Date and time tracking device installed: _____

2.  Dates and times tracking device maintained: _____

3.  Date and time tracking device removed: _____

4.  The tracking device was used from *(date and time)*: _____

      to *(date and time)*: _____ .

---

Return of Tracking Warrant Without Installation

1.  Date warrant executed: _____

2.  The tracking information was obtained from *(date and time)*: _____

      to *(date and time)*: _____ .

---

Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.


Date: _____

                                                        _____
                                                            *Executing officer's signature*


                                                        _____
                                                            *Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF THE TRACKING OF   )
  )
LICENSE PLATE NUMBER:    )
VIN:          )  No.  4:25 MJ 1139 JMB
  )
  )  **FILED UNDER SEAL**
  )
  )
  )
  )

**MOTION FOR SEALING ORDER**

COMES NOW the United States of America, by and through its attorneys, the United States Attorney for the Eastern District of Missouri, and Stephen Casey, Assistant United States Attorney for said District, and moves this Court for an order directing that the warrant, along with its application, affidavit, and return, entered by this Court be sealed until November 7, 2025, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the United States provides the following facts, establishing that (a) the United States has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical: Because this investigation is ongoing and its success would be jeopardized if the contents of the affidavit were made public,

1

the United States requests that the affidavit and the accompanying warrant documents be sealed for the stated period of time.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the warrant, along with its application, affidavit, and return, be sealed until November 7, 2025.

Dated this ____7th____ day of May, 2025.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


 */s/Stephen Casey*
STEPHEN CASEY, #58879MO
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF THE TRACKING OF    )
                )
LICENSE PLATE NUMBER:           )
VIN:                      )     No.    4:25  MJ  1139  JMB
                )
                )     **FILED UNDER SEAL**
                )
                )
                )
                )

## ORDER FOR SEALING

On motion of the United States of America, IT IS HEREBY ORDERED that the warrant, along with its application, affidavit, and return, and this Order issued thereto, be sealed until November 7, 2025 except for the limited purposes of providing same to defendant counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

This Order is based upon the sealed motion of the United States establishing that: (a) the United States has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

_____
HONORABLE JOHN M. BODENHAUSEN
United States Magistrate Judge

Dated this __7th__ day of May, 2025.

3